*E-Filed 10/21/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STEVE CULORES,                                           No. C 11-03281 RS

         Plaintiff,                                      **CASE MANAGEMENT**
v.                                                                  **SCHEDULING ORDER**

TRX, INC.,

         Defendant.
_____/

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 20, 2011.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION.  This matter is referred to mediation to be completed within 120 days of the issuance of this order.  The parties shall promptly notify the Court whether the case is resolved at the conference.

    2.    DISCOVERY.

On or before May 25, 2012, all non-expert discovery shall be completed by the parties. Discovery shall limited as follows:  (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of  requests

for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. EXPERT WITNESSES.  On or before July 20, 2012, the disclosure and discovery of expert witness opinions shall be completed.

4. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **May 31, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5. PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than July 12, 2012.

6. PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before August 2, 2012, counsel shall file a Joint Pretrial Statement.

7. PRETRIAL CONFERENCE.  The final pretrial conference will be held on **August 16, 2012, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

8. TRIAL DATE.  Trial shall commence on **August 27, 2012, at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 10/21/11

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
NO. C 11-3281 RS

2