IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CULORES,<br><br>        Plaintiff,<br><br>   v.<br><br>TRX, INC.,<br><br>        Defendant. | Case No.: 11-3281 RS (JSC)<br><br>**ORDER RE: PLAINTIFF'S MOTION TO COMPEL** |

On February 2, 2012, Plaintiff's Motion to Compel (Dkt. No. 24) was referred to the undersigned Judge. Having reviewed the Declaration of George Duesdieker (Dkt. No. 26) submitted with Plaintiff's Motion to Compel, the Court concludes that the parties have not adequately met and conferred in accordance with Local Rule 1-5(n). Accordingly, within business three days the parties shall meet and confer telephonically. If the parties are unable to resolve the dispute after meeting and conferring telephonically, they shall meet and confer in person at Plaintiff's counsel's office by February 9, 2012. If this further meet and confer is unsuccessful, the parties may submit a joint letter brief regarding the dispute in accordance with the Court's Standing Order by February 21, 2012. Upon receipt of the parties' joint

letter brief (which the Court hopes will not be necessary), the Court will decide how to proceed.

**IT IS SO ORDERED.**

Dated: February 3, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE