**\*E-Filed 2/28/12\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Steve Culores,

        Plaintiffs,

v.

TRX, Inc.,

        Defendants.

No. C 11-03281 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by April 13, 2012. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 19, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 2/28/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE