1 | George Duesdieker (SBN 95505)
2 | LAW OFFICES OF GORGE DUESDIEKER
3 | 405 El Camino Real, #107
  | Menlo Park, CA 94025
4 | Telephone: (650) 566-9529
  | Facsimile:(650) 618-1844

Attorneys for Plaintiff
Steve Culores

Charles L. Thompson, IV, State Bar No. 139927
charles.thompson@ogletreedeakins.com
Alka Ramchandani, State Bar No. 262172
alka.ramchandani@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
TRX INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE CULORES,<br><br>            Plaintiff,<br><br>    v.<br><br>TRX INC.,<br><br>            Defendant. | Case No. C 11-03281 RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 6, 2011<br>Judge:           Hon. Richard Seeborg |

1    **IT IS HEREBY STIPULATED** by and between the parties to this action through their
2    designated counsel that the parties have resolved all issues in the above-referenced action and
3    that the action be and hereby is dismissed, with prejudice, pursuant to Federal Rule of Civil
4    Procedure § 41(a)(1).

5    **IT IS SO STIPULATED ON THE DATES INDICATED BELOW.**

8    DATED:  March 16, 2012              LAW OFFICE OF
                                          GEORGE DUESDIEKER

                                          By:    /s/_____
                                                 George Duesdieker
                                                 Attorney for Plaintiff
                                                 Steve Culores

13   DATED:  March 16, 2012              OGLEETREE, DEAKINS, NASH,
                                          SMOAK & STEWART, P.C.

                                          By:    /s/_____
                                                 Charles L. Thompson, IV
                                                 Alka Ramchandani
                                                 Attorneys for Defendant
                                                 TRX Inc.

## ORDER

IT IS SO ORDERED.

DATED:  __3/20_____, 2012

                                          _____
                                          HONORABLE RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE